**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**PATRICIA SIMMONS** **PLAINTIFF**

**v.** **CIVIL NO. 1:26-CV-00155-TBM-BWR**

**MISSISSIPPI DEPARTMENT OF MARINE RESOURCES** **DEFENDANT**

# ORDER

Before the Court is Defendant Mississippi Department of Marine Resources' ("MDMR") Motion for Partial Dismissal. [10]. For the reasons discussed below, MDMR's Motion is granted.

MDMR seeks dismissal of all claims for punitive and emotional distress damages and two counts of Plaintiff Patricia Simmons' Complaint [1]. Specifically, MDMR requests dismissal without prejudice of Counts I and II of Plaintiff's Complaint, as barred by the Eleventh Amendment. [12]. Further, MDMR seeks dismissal with prejudice of all of Simmons' requests for punitive and emotional distress damages because such relief is not available under § 504 of the Rehabilitation Act of 1973.[1] *Id.* Simmons does not oppose the dismissal of Counts I and II, nor does she oppose the dismissal of her claims for punitive damages and emotional distress. [14].

Accordingly, MDMR's Motion for Partial Dismissal [12] is granted. Counts I and II of the Complaint [1] are hereby dismissed without prejudice and all claims for punitive and emotional distress damages are dismissed with prejudice.

[1] MDMR's Motion does not seek dismissal of Simmons' claims under the Rehabilitation Act of 1973. [12].

This, the 5th day of November, 2026.

**TAYLOR B. McNEEL**
**UNITED STATES DISTRICT JUDGE**